GOODWYN, Justice.

Petition of Clyde Edward Lott for certiorari to the Court of Appeals to review and revise the judgment and decision in Lott v. State, 188 So.2d 285.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

■

187 So.2d 274

**Joel MALONE**

**v.**

**STATE of Alabama.**

**3 Div. 216.**

Supreme Court of Alabama.

Jan. 20, 1966.

Rehearing Denied June 16, 1966.

Robt. E. Coburn, Jr., Montgomery, for petitioner.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Joel Malone for certiorari to the Court of Appeals to review and revise the judgment and decision in Malone v. State of Alabama, 187 So.2d 273 (3 Div. 187).

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

■

187 So.2d 814

**Raymond MINOR**

**v.**

**STATE.**

**6 Div. 343.**

Supreme Court of Alabama.

June 16, 1966.

Raymond Minor, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Raymond Minor for certiorari to Court of Appeals in Minor v. State, 187 So.2d 814.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.

■

181 So.2d 630

**Julian MURPHY**

**v.**

**STATE of Alabama.**

**5 Div. 827.**

Supreme Court of Alabama.

Dec. 9, 1965.

Rehearing Denied Jan. 20, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.